United States District Court
Southern District of Texas
**ENTERED**
August 17, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CASE NO.: B-22-CR-381-1 |
| REYNALDO ANTONIO AMAVIZCA-PENUNURI | § | |

## ORDER

On August 17, 2022, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed May 26, 2022, wherein the defendant Reynaldo Antonio Amavizca-Penunuri waived appearance before this Court and appeared before United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Reynaldo Antonio Amavizca-Penunuri to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Reynaldo Antonio Amavizca-Penunuri guilty of the offense of being an alien who had previously been denied admission, excluded, deported, or removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or Secretary of Homeland Security. In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

Signed on August 17, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge